```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN EARLEY,                                                              JUDGMENT
                                                                          03-CV- 3104 (ERK)
                    Petitioner,

    -against-


TIMOTHY MURRAY,

                    Respondent.
------------------------------------------------------------------X
```

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 1, 2007, granting the petition for a writ of habeas corpus excising the term of post-release supervision from petitioner's sentence and relieving him of any subsequent penalty or other consequence of its imposition; and staying the order for twenty-eight days to permit the sentencing court to exercise its power to conform the the sentence to the mandate of New York law; it is

JUDGMENT
03-CV- 3104 (ERK)

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted excising the term of post-release supervision from petitioner's sentence and relieving him of any subsequent penalty or other consequence of its imposition; that the order is stayed for twenty-eight days to permit the sentencing court to exercise its power to conform the the sentence to the mandate of New York law.

Dated: Brooklyn, New York
       May 10, 2007

Approved by: _____
EDWARD R. KORMAN
United States District Judge

Judgment Entered:
May 11, 2007

_____
ROBERT C. HEINEMANN
Clerk of Court